United States Courts
Southern District of Texas
FILED

*March 19th, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. **4:26-cr-146** |
| | § | |
| LEROY LUMPKIN, | § | |
| Defendant. | § | |

INDICTMENT

The Grand Jury charges:

**COUNT ONE:**

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 11, 2025, in the Southern District of Texas and elsewhere, the defendant,

LEROY LUMPKIN,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

**COUNT TWO:**

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about June 24, 2025, in the Southern District of Texas and elsewhere, the defendant,

LEROY LUMPKIN,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE:

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about August 20, 2025, in the Southern District of Texas and elsewhere, the defendant,

LEROY LUMPKIN,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C).

**<u>COUNT FOUR</u>:**

<u>POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE</u>

On or about August 26, 2025, in the Southern District of Texas and elsewhere, the defendant,

LEROY LUMPKIN,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT FIVE:

### USING AND CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME

On or about August 26, 2025, in the Houston Division of the Southern District of Texas, the defendant,

LEROY LUMPKIN,

did knowingly, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance as charged in this indictment, possess a firearm.

In violation of Title 18, United States Code, § 924(c)(1)(A)(i).

## NOTICE OF CRIMINAL FORFEITURE

### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendant,

LEROY LUMPKIN,

that upon conviction of an offense in violation of Title 21, United States Code, § 841 as set out in Counts 1 through 4 of this Indictment, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3) Including but not limited to:

- A Taurus .357 magnum caliber handgun, serial number ACG992312.

- An American Arms .22 caliber Derringer, serial number E458451.

- A Stevens Westfield model 887 .22 caliber rifle, no serial number.

- A Shotgun without maker's mark or serial number.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney
Southern District of Texas